UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HEATHER BRATHWAITE,

 Plaintiff,

– against –

THE UNITED STATES OF AMERICA,
BROADWAY BUSHWICK BUILDERS L.P.
and ADCO SNOW REMOVAL,

 Defendants.

ORDER

13-CV-312

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 15 2016 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

No timely objection to the Magistrate Judge's Report and recommendation of August 24, 2016 has been filed.

The order is confirmed and is an order of this court. Plaintiffs' motion to reopen the case, and the motion to exercise supplemental jurisdiction, is denied.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: September 14, 2016
   Brooklyn, New York